[No. 27002-5-III. Division Three. April 14, 2009.]

*In the Matter of the Estate of* REVA G. BARNHART.

JANET BARNHART, *as Personal Representative, Petitioner*, v. KATHLEEN BARNHART, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-4-00962-4, Robert D. Austin, J., entered May 16, 2008. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[Nos. 27029-7-III; 27030-1-III;   Division Three.   April 14, 2009.]
27069-6-III; 27070-0-III.

ALICIA ELLIOTT ET AL., *Appellants*, v. THE ESTATE OF JAMES A. HARDER ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Okanogan County, Nos. 07-2-00321-7 and 07-2-00150-8, Jack Burchard, J., entered April 11, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 27140-4-III. Division Three. April 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY EDWARD DUFFY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-00526-8, Tari S. Eitzen, J., entered May 19, 2008. *Remanded* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 26908-6-III. Division Three. April 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN LEE PATTERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-01950-3, Ellen K. Clark, J., entered February 22, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.